RECEIVED
OCT 30 2024
BY MAIL

Your Honor

I'll writing on behalf of my son Richard Treis

I've been with his dad since I was 15 - 51 years old. Richie is a good soul he had his eye put out when he was 3 years old he went and had 12 eye operations in 12 years. His dad just had 2 strokes I've had 2 myself any ~~other~~ ~~time~~

Richard started highsool never played baskit ball much but when he tried out he made the team when he was a senior he won a free ride books and all he probably only has 4 months and he can get his bachlors degree. I dont know what happen he was the best kid I could have prayed for. I moved boht my boys to Bourbon, mo. so they would be safer

He never gave us any problems with him till he got addicted to meth. I really need my son home more than anthying I know hes been a diffrent person the last few years he has turned into my fun loving son again he has 3 grandkids and two on the way. I begging for you to give a him 1 more change this is the first letter Ive ever wrote for him and if I diant feel in my heart he was still the person he was I would not be writing this we love our son more than anything he has finelly the last few years hes my son Im throughing myself on the court to please give him a chance we dont want him to be in jail when we die Im begging for mercy for him an for all of us.

We pray to god for tomleincy for our son hes a chanced man. Thank you so much for reading my ~~teel~~ letter God have mercy pleas

PS Thank you for your time

Sincerelly
Caren Treis

Caren Treis
6 Fig st. ent 15
Sullivan MO 63080

RECEIVED
OCT 30 2024
BY MAIL

SAINT LOUIS MO 630
28 OCT 2024 PM 9 L

Judge T. Matthew Schelp
U.S. District Judge
111 South Tenth St
St Louis MO 63102