RECEIVED
OCT 30 2024
BY MAIL

Dear Judge,

My name is Carol Youngman, I'm Richard Trei's Aunt. We call him Richie he was named after his grandpa. I'm 69 years old I've got Limpodemia and arthirtis in both knees and ankles. I have to get shots every 3 months in my knees. I can barley make it down my steps anymore it takes 2 peolpe to help me. My guy frirend is 73 years old now and was Diagnosied found out he has prostate Cancer And his problems of his own where he can't hardly help me any more. I sure need my Nephew to come home to help me and around the house. Richie I can tell by the way he talks, and the difference in his Attitude. I think he's finally ghowed up and is done with his past life. If Richie could get one more chance someone to belive in him and I do. Richie was a good kid Smart on anything he tryed to do and could fix anything if

he had the time to do it. He was good in school and loved basketball. He got a scolaship to college. I love my nephew with all my heart. I do depend on his help if he gets to come home. Take me to Dr., grocery shopping. I pray he gets to come home. I hope you find it in call you can to do help him. I'd be forever in your debt. Thank you for reading my Letter.

Carol Youngman

Jerimie Treis
6 Fig st unit 15
Sullivan MO 63080

RECEIVED
OCT 3 0 2024
BY MAIL

SAINT LOUIS MO 630
28 OCT 2024 PM 8  L

Judge T. Matthew Schelp
U.S. District Judge
111 South Tenth St
St Louis, MO 63102