Your Honorable Matthew T. Schelp

**RECEIVED**
**OCT 30 2024**
**BY MAIL**

Dear Your Honor,

My name is Jeremie Treis im Richard Treis" little brother. I'm writing you in regards to my brother's sentencing. My brother including myself have fell victim to Methamphetamine addiction. My brother has been sober for now going on 4 years, as well as myself. For the first time in our lives my brother accepted jesus as his savior, somthing i thought would never happen. I truly believe jesus is the cure to any addiction. Your honor I'm begging you to give my brother an opportunity to come back to society, and be a productive member. I have been taking care of our family members by myself. Our father recently had 2 strokes, our aunt loss the use of her leg's and our uncle was diagnosed with cancer. I'm not asking for sympathy judge. I need my brother's help. I have changed my life as well your honor, I obtained my Class A CDL and have been on the right track for 5 years now. I can be a good influence and sponsor for my brother. I understand he broke the law im not asking to forget his mistakes, im asking for the courts to forgive

them and give him an opportunity to prove to the courts, his family and the lord he hasn't worked hard for sobriety and a relationship with our savior jesus in vain. Im begging your honor for leniency.
Thank You for your time

Sincerely

Jeremiah Treis

Carol Youngman
9800 Hwy C
Cuba MO 65453

RECEIVED
OCT 30 2024
BY MAIL

SAINT LOUIS MO 630
28 OCT 2024 PM 6 L

Judge T. Matthew Schelp
U.S. Distric Judge
111 South Tenth St
St Louis, MO 63102